UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 18-730-JGB (KKx)** | Date | August 2, 2019 |
|---|---|---|---|
| Title | *Ahmad Karimkhani, et al. v. Real Time Resolutions, Inc., et al.* | | |

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **ORDER for Plaintiffs and Plaintiffs' Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to Submit a Confidential Settlement Conference Statement**

On October 25, 2018, the Honorable Jesus G. Bernal referred this case to United State Magistrate Judge Kato for settlement proceedings to be completed no later than July 8, 2019. ECF Docket No. ("Dkt.") 29. On June 21, 2019, Judge Kato issued an Order Regarding Settlement Conference, scheduling the settlement conference for August 6, 2019, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference, i.e. July 30, 2019. Dkt. 36. On June 28, 2019, the Court granted the parties' stipulation to continue the settlement conference cut-off date to August 6, 2019. Dkt. 39.

On July 23, 2019, attorney Robert C. Smith filed a notice of appearance as counsel of record on behalf of Plaintiffs, who had previously been proceeding pro se. Dkt. 47.

The Court received Defendant's Confidential Settlement Conference Statement on July 30, 2019. However, the Court did not timely receive a Confidential Settlement Conference Statement from Plaintiffs. As of this date, the Court has not received Plaintiffs' Confidential Settlement Conference Statement.

The Court, therefore, ORDERS Plaintiffs and Plaintiffs' counsel, Robert Smith, to show cause why they should not be sanctioned in the amount of $1,000 each for their failure to comply with the Court's order. Plaintiffs and Plaintiffs' counsel shall respond in writing to this Order to Show Cause and submit a Confidential Settlement Conference Statement no later than **12:00 p.m. on Monday, August 5, 2019**.

**IT IS SO ORDERED.**