JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AHMAD KARIMKHANI and MONIREH KARIMKHANI, individuals,<br><br>        Plaintiffs,<br><br>vs.<br><br>REAL TIME RESOLUTIONS, INC., a Texas Corporation; and PROBER & RAPHAEL, a law corporation in California,<br><br>        Defendants. | Case No.: 5:18-cv-00730-JGB-KKx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Honorable Jesus G. Bernal |

Based upon the Stipulation of Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above-referenced matter is hereby dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 7, 2019

_____
Honorable Jesus G. Bernal
United States District Court Judge